MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:   (520) 624-8886
Fax:     (520) 798-1037
Email:   tcope@mcrazlaw.com
         awinkelman@mcrazlaw.com

By:   Thom K. Cope, #25178
      D. Alexander Winkelman, #34120
      91351-2 / gg

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| TAMMY HEPBURN,<br><br>                Plaintiff,<br><br>vs.<br><br>TELEPERFORMANCE,<br><br>                Defendant. | Civil No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Teleperformance provides notice of its removal of the above-captioned action, commenced and pending in the Superior Court, State of Arizona, County of Cochise, under Case No. CV 2017-00625, to the United States District Court for the District of Arizona for the reasons stated below.

### Background

On November 8, 2017, Plaintiff filed her *pro se* Complaint, alleging harassment and discrimination under 42 U.S.C. § 2000e and possibly under state law. On February 9, 2018, Defendant received a copy of an Application for Entry of Default. It does not appear that this Application was ever filed with the Superior Court for Cochise County. Plaintiff served

her Complaint on Defendant on January 24, 2018. On February 23, 2018, Defendant filed its Answer. On March 9, 2018, Plaintiff notified Defendant, through undersigned counsel, that she planned to file an Amended Complaint that appears to allege state law claims.

## The Action is Removable

This action is removable because this Court has diversity jurisdiction. Pursuant to 28 U.S.C. § 1332(a)(1), United States District Courts have original jurisdiction over actions where the parties are citizens of different states and the amount in controversy is over $75,000. Here, Plaintiff is a citizen of California, currently living in California, and Defendant is a Delaware corporation doing business in Arizona. In her Complaint, Plaintiff alleges damages well in excess of $75,000.

This Notice of Removal is being filed within 30 days of the receipt of a copy of Plaintiff's proposed Amended Complaint and within one year of the filing of the initial complaint and is therefore timely filed under 28 U.S.C. § 1446(b)(3) and (c)(1).

## Plaintiff and Defendant are diverse in citizenship

Upon information and belief, Plaintiff is domiciled in California. Plaintiff is therefore a citizen of California for the purposes of 28 U.S.C. § 1332. *See Lew v. Moss*, 797 F.2d 747, 749-50 (9th Cir. 1986) ("a person is 'domiciled' in a location where he or she has established a 'fixed habitation or abode in a particular place, and [intends] to remain there permanently or indefinitely'"), *quoting Owens v. Huntling*, 115 F.2d 160, 162 (9th Cir. 1940).

TPUSA – FHCS, Inc. is a Delaware corporation headquartered in Murray, Utah. Under 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1); *see also Cook v. AVI Casino Enters.*, 548 F.3d 718, 723 (9th Cir. 2008). Therefore, Defendant is not a citizen of

2

California, and is therefore diverse from Plaintiff, a California citizen. Thus, complete diversity exists.

### The amount in controversy is sufficient for removal

The amount in controversy in this action exceeds the sum or value of $75,000. Plaintiff's Complaint alleges damages of upwards of $738,790, and her proposed Amended Complaint increases that amount.

### List of Attached Process, Pleadings and Orders

Pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 3.6, Defendant attaches to this notice, as Exhibits A through D:

A. An affidavit verifying that the docket and pleadings hereto attached are true and complete to the best of undersigned counsel's knowledge.

B. A current version of the docket from the Superior Court of Arizona, Cochise County docket as communicated to undersigned counsel over the phone.

C. True and complete copies of all pleadings and other documents filed in the state court proceeding and served upon Defendant in this action.

D. Documents received by Defendant, but apparently not filed in the Superior Court.[1]

### Service of Notice to State Court Regarding Removal

Defendants are contemporaneously filing a Notice with the Superior Court of Arizona, Cochise County, regarding this removal and which satisfies the requirements of 28 U.S.C. § 1446(d) and L.R. Civ. 3.6 by providing a copy of the instant Notice of Removal to the Clerk for the Superior Court of Arizona, Cochise County, from which the Action has been removed.

RESPECTFULLY SUBMITTED this 19th day of March, 2018.

---

[1] After communicating with the Clerk of Court for the Superior Court for the County of Cochise, it appears that the Application for Default Judgment that Defendant received was never filed with the Court. Further, Defendant is in possession of an Amended Complaint that Plaintiff has yet to file which has also been included.

MESCH CLARK ROTHSCHILD

By: /s/ Thom K. Cope
Thom K. Cope
Alex Winkelman
*Counsel for Defendant*

COPY OF THE FOREGOING mailed/emailed
this 19th day of March, 2018, to:

Tammy Hepburn
2132 Fenton Parkway, #206
San Diego, CA 92018
Tammy.hendrick@yahoo.com
*Plaintiff*

By: /s/ Thom K. Cope

2518345.DOCX

4